IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>KENT J. TREMBLY,<br><br>                Defendant. | 4:14CR3040<br><br>MEMORANDUM AND ORDER |

Defendant has moved to continue the pretrial motion deadline and the trial, (filing no. 20), because he would like various investigations conducted in his case before deciding if pretrial motions should be filed.  The motion to continue is unopposed.  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

    IT IS ORDERED:

    1)     Defendant's motion to continue, (filing no. 20), is granted.

    2)     Pretrial motions and briefs shall be filed on or before September 29, 2014.

    3)     Trial of this case is set to commence on December 15, 2014 at 9:00 a.m. before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, or as soon thereafter as the case may be called, for a duration of seven (7) trial days.  Jury selection will be held at commencement of trial.

    4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 15, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

July 30, 2014.

                                                                     BY THE COURT:

                                                                     *s/ Cheryl R. Zwart*
                                                                     United States Magistrate Judge