IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>KENT J. TREMBLY,<br><br>                Defendant. | 4:14CR3040<br><br>ORDER |

Defendant has moved to continue the trial currently set for December 15, 2014. (Filing No. 23).  As explained in the motion, due to family health issues and the impact of those issues on the defendant's ability to prepare for and fully participate at trial, the current trial setting will not preserve the parties' interests in a fair trial.  The motion to continue is unopposed.  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

   IT IS ORDERED:

   1)   Defendant's motion to continue, (filing no. 23), is granted.

   2)   The trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 9, 2015, or as soon thereafter as the case may be called, for a duration of seven (7) trial days.  Jury selection will be held at commencement of trial.

   3)   Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and March 9, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7).

   December 1, 2014.                    BY THE COURT:
                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge