IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR3040 |
| | ) | |
| V. | ) | |
| | ) | |
| KENT J. TREMBLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that:

1. The start of the trial of this case is moved back to start on March 16, 2015 at 1:30 PM. This case is scheduled for 7 days. **This criminal case is the number one case and shall not be rescheduled without my express permission.**

2. The time between March 9, 2015 and March 16, 2015 is excluded from computation under the Speedy Trial Act in the interests of justice and in order to give defense counsel and the defendant additional time to prepare to try this unusual tax case that may involve 40 or more government witnesses.

3. Because this is a criminal case, and counsel swear it will not settle, **Judge Zwart should reschedule** *Fidelity & Deposit Company of Maryland v. Casey Industrial, Inc. et al*, **8:12-cv-00070**-RGK-CRZ, which is currently set for a ten day jury trial to commence on March 9, 2015. Due to the length of trial, the *Fidelity & Deposit* case will run into the trial of this case unless the *Fidelity & Deposit* case is rescheduled. The Clerk shall provide Judge Zwart with a copy of this Order.

December 30, 2014.          BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge